```
McGREGOR W. SCOTT
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2723

Attorney for Plaintiff
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:08-CV-02753-JAM-GGH |
| | ) | |
| Plaintiff, | ) | APPLICATION AND ORDER FOR |
| | ) | PUBLICATION |
| v. | ) | |
| | ) | |
| APPROXIMATELY $23,032.07 IN U.S. CURRENCY SEIZED FROM BANK OF AMERICA ACCOUNT NO. 03842-03399, HELD IN THE NAME OF PAY-LESS WHOLESALE, | ) ) ) ) ) ) | |
| APPROXIMATELY 135,455 CIGARS, (SMOKEABLE OTP) IN PACKS OF 5, 10, AND 20 RECOVERED FROM PAY-LESS WHOLESALE, | ) ) ) ) ) | |
| APPROXIMATELY 2,297 CIGARS (SMOKEABLE OTP) IN PACKS OF 50 RECOVERED FROM PAY-LESS WHOLESALE, | ) ) ) ) | |
| APPROXIMATELY 151 CIGARS (SMOKEABLE OTP) IN PACKS OF 240 RECOVERED FROM PAY-LESS WHOLESALE, | ) ) ) ) | |
| APPROXIMATELY 326,942 INDIVIDUAL CIGARS (SMOKEABLE OTP) RECOVERED FROM PAY-LESS WHOLESALE, | ) ) ) ) | |
| APPROXIMATELY 57 CASES OF SMOKEABLE OTP RECOVERED FROM PAY-LESS WHOLESALE, | ) ) ) ) | |
| APPROXIMATELY 4,952 BOXES OF SMOKEABLE OTP RECOVERED FROM | ) ) | |

```
 1  PAY-LESS WHOLESALE,                       )
                                              )
 2  APPROXIMATELY 11,584 CANS OF              )
    SMOKEABLE OTP RECOVERED FROM              )
 3  PAY-LESS WHOLESALE,                       )
                                              )
 4  APPROXIMATELY 6,914 TUBS OF               )
    SMOKEABLE OTP RECOVERED FROM              )
 5  PAY-LESS WHOLESALE,                       )
                                              )
 6  APPROXIMATELY 15,141 UNITS OF             )
    SMOKEABLE OTP IN PACKS OF 5, 10,          )
 7  AND 20 RECOVERED FROM PAY-LESS            )
    WHOLESALE,                                )
 8                                            )
    APPROXIMATELY 136,221 BAGS/POUCHES        )
 9  OF SMOKEABLE OTP RECOVERED FROM           )
    PAY-LESS WHOLESALE,                       )
10                                            )
    APPROXIMATELY 855 CASES                   )
11  (CONTAINING APPROXIMATELY 10,608          )
    UNITS) OF AL FAKHER TOBACCO               )
12  SMOKEABLE OTP EVIDENCE RECOVERED          )
    FROM PAY-LESS WHOLESALE,                  )
13                                            )
    APPROXIMATELY 272 CASES                   )
14  (CONTAINING APPROXIMATELY 6,676           )
    UNITS) OF AL WAHA MOLASSES TOBACCO        )
15  SMOKEABLE OTP EVIDENCE RECOVERED          )
    FROM PAY-LESS WHOLESALE,                  )
16                                            )
    APPROXIMATELY 995 CASES                   )
17  (CONTAINING APPROXIMATELY 46,112          )
    UNITS) OF EVA MODSAL TOBACCO              )
18  SMOKEABLE OTP EVIDENCE RECOVERED          )
    FROM PAY-LESS WHOLESALE,                  )
19                                            )
    APPROXIMATELY 420 CASES                   )
20  (CONTAINING APPROXIMATELY 5,040           )
    UNITS) OF JAWATTER TOBACCO                )
21  SMOKEABLE OTP EVIDENCE RECOVERED          )
    FROM PAY-LESS WHOLESALE,                  )
22                                            )
    APPROXIMATELY 1,473 CASES                 )
23  (CONTAINING APPROXIMATELY 16,674          )
    UNITS) OF LAYALINA TOBACCO                )
24  SMOKEABLE OTP EVIDENCE RECOVERED          )
    FROM PAY-LESS WHOLESALE,                  )
25                                            )
    APPROXIMATELY 352 UNITS OF                )
26  MISCELLANEOUS SMOKEABLE OTP               )
    EVIDENCE RECOVERED FROM PAY-LESS          )
27  WHOLESALE,                                )
                                              )
28  APPROXIMATELY 2,124 CASES                 )
```

```
 1  (CONTAINING APPROXIMATELY 14,740   )
    UNITS) OF MOLASSES TOBACCO          )
 2  SMOKEABLE OTP EVIDENCE RECOVERED    )
    FROM PAY-LESS WHOLESALE,            )
 3                                      )
    APPROXIMATELY 640 CASES             )
 4  (CONTAINING APPROXIMATELY 19,884    )
    UNITS) OF PRIME TIME CIGARS         )
 5  SMOKEABLE OTP EVIDENCE RECOVERED    )
    FROM PAY-LESS WHOLESALE,            )
 6                                      )
    APPROXIMATELY 113 CASES             )
 7  (CONTAINING APPROXIMATELY 5,112     )
    UNITS) OF ERIK CIGARS SMOKEABLE OTP )
 8  EVIDENCE RECOVERED FROM PAY-LESS    )
    WHOLESALE,                          )
 9                                      )
    APPROXIMATELY 11 CASES              )
10  (CONTAINING APPROXIMATELY 440       )
    UNITS) OF HAV-A-TAMPA JEWLS CIGARS  )
11  SMOKEABLE OTP EVIDENCE RECOVERED    )
    FROM PAY-LESS WHOLESALE,            )
12                                      )
    APPROXIMATELY 5,906 POUCHES OF      )
13  MOLASSES SMOKEABLE OTP EVIDENCE     )
    RECOVERED FROM PAY-LESS WHOLESALE,  )
14                                      )
    APPROXIMATELY 1,200 PACKS OF        )
15  PHILLIES CIGARILLOS SMOKEABLE OTP   )
    EVIDENCE RECOVERED FROM PAY-LESS    )
16  WHOLESALE,                          )
                                        )
17            Defendants.               )
                                        )
18
```

19     The United States of America, Plaintiff herein, applies for an
20  order of publication as follows:
21     1.   Rule G(4) of the Supplemental Rules for Admiralty or
22  Maritime Claims and Asset Forfeiture Actions (hereafter
23  "Supplemental Rules") provides that the Plaintiff shall cause
24  public notice of the action and arrest to be given in a newspaper
25  of general circulation or on the official internet government
26  forfeiture site;
27     2.   Local Rule 83-171, Eastern District of California,
28  provides that the Court shall designate by order the appropriate

1  newspaper or other vehicle for publication;

2       3.   The defendants Approximately $23,032.07 in U.S. Currency
3  seized from Bank of America Account No. 03842-03399, held in the
4  name of Pay-Less Wholesale; Approximately 135,455 Cigars (Smokeable
5  OTP) in Packs of 5, 10, and 20 recovered from Pay-Less Wholesale;
6  Approximately 2,297 Cigars (Smokeable OTP) in Packs of 50 recovered
7  from Pay-Less Wholesale; Approximately 151 Cigars (Smokeable OTP)
8  in Packs of 240 recovered from Pay-Less Wholesale; Approximately
9  326,942 Individual Cigars (Smokeable OTP) recovered from Pay-Less
10 Wholesale; Approximately 57 Cases of Smokeable OTP recovered from
11 Pay-Less Wholesale; Approximately 4,952 Boxes of Smokeable OTP
12 recovered from Pay-Less Wholesale; Approximately 11,584 Cans of
13 Smokeable OTP recovered from Pay-Less Wholesale; Approximately
14 6,914 Tubs of Smokeable OTP recovered from Pay-Less Wholesale;
15 Approximately 15,141 Units of Smokeable OTP in Packs of 5, 10, and
16 20 recovered from Pay-Less Wholesale; and Approximately 136,221
17 Bags/Pouches of Smokeable OTP recovered from Pay-Less Wholesale
18 were seized in the city of North Hollywood, in Los Angeles County,
19 California.  The defendants Approximately 855 Cases (Containing
20 Approximately 10,608 Units) of Al Fakher Tobacco Smokeable OTP
21 Evidence recovered from Pay-Less Wholesale; Approximately 272 Cases
22 (Containing Approximately 6,676 Units) of Al Waha Molasses Tobacco
23 Smokeable OTP Evidence recovered from Pay-Less Wholesale;
24 Approximately 995 Cases (Containing Approximately 46,112 Units) of
25 Eva Modsal Tobacco Smokeable OTP Evidence recovered from Pay-Less
26 Wholesale; Approximately 420 Cases (Containing Approximately 5,040
27 Units) of Jawatter Tobacco Smokeable OTP Evidence recovered from
28 Pay-Less Wholesale; Approximately 1,473 Cases (Containing

4

Approximately 16,674 Units) of Layalina Tobacco Smokeable OTP Evidence recovered from Pay-Less Wholesale; Approximately 352 Units of Miscellaneous Smokeable OTP Evidence recovered from Pay-Less Wholesale; Approximately 2,124 Cases (Containing Approximately 14,740 Units) of Molasses Tobacco Smokeable OTP Evidence recovered from Pay-Less Wholesale; Approximately 640 Cases (Containing Approximately 19,884 Units) of Prime Time Cigars Smokeable OTP Evidence recovered from Pay-Less Wholesale; Approximately 113 Cases (Containing Approximately 5,112 Units) of Erik Cigars Smokeable OTP Evidence recovered from Pay-Less Wholesale; Approximately 11 Cases (Containing Approximately 440 Units) of Hav-A-Tampa Jewls Cigars Smokeable OTP Evidence recovered from Pay-Less Wholesale; Approximately 5,906 Pouches of Molasses Smokeable OTP Evidence recovered from Pay-Less Wholesale, and Approximately 1,200 Packs of Phillies Cigarillos Smokeable OTP Evidence recovered from Pay-Less Wholesale were seized in the city of Sun Valley, in Los Angeles County, California.

    4.    Plaintiff proposes that publication be made as follows:

        a.    One publication;

        b.    Thirty (30) consecutive days;

        c.    On the official internet government forfeiture site www.forfeiture.gov;

        d.    The publication is to include the following:

            (1)    The Court and case number of the action;

            (2)    The date of the arrest/seizure;

            (3)    The identity and/or description of the property arrested/seized;

            (4)    The name and address of the attorney for the

1  Plaintiff;
2              (5)  A statement that claims of persons entitled to
3  possession or claiming an interest pursuant to Supplemental Rule
4  G(5) must be filed with the Court and served on the attorney for
5  the Plaintiff no later than 60 days after the first day of
6  publication on the official internet government forfeiture site;
7  and
8              (6)  A statement that answers to the Complaint or a
9  motion under Rule 12 of the Federal Rules of Civil Procedure ("Fed.
10 R. Civ. P.") must be filed and served within 20 days after
11 the filing of the claims and, in the absence thereof, default may
12 be entered and condemnation ordered.
13 Dated: Nov. 14, 2008           McGREGOR W. SCOTT
                                   United States Attorney

                                   /s/ Kristin S. Door
                                   KRISTIN S. DOOR
                                   Assistant United States Attorney


                                **ORDER**

       IT IS SO ORDERED.
         November 20, 2008       /s/ Gregory G. Hollows
Dated:                           UNITED STATES MAGISTRATE JUDGE


$23,032.07.pub