```
1  BENJAMIN B. WAGNER
   United States Attorney
2  KELLI L. TAYLOR
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2700

5  Attorneys for Plaintiff
   United States of America
6

7

8               IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,         )   2:08-CV-02753 JAM-GGH
                                     )
12         Plaintiff,                )
                                     )   **STIPULATION TO STAY**
13      v.                           )   **FURTHER PROCEEDINGS AND**
                                     )   **ORDER**
14 APPROXIMATELY $23,032.07 IN U.S.  )
   CURRENCY SEIZED FROM BANK OF      )
15 AMERICA ACCOUNT NO. 03842-03399,  )
   HELD IN THE NAME OF PAY-LESS      )   DATE: N/A
16 WHOLESALE,                        )   TIME: N/A
                                     )   COURTROOM: N/A
17 APPROXIMATELY 135,455 CIGARS,     )
   (SMOKEABLE OTP) IN PACKS OF 5, 10,)
18 AND 20 RECOVERED FROM PAY-LESS    )
   WHOLESALE,                        )
19                                   )
   APPROXIMATELY 2,297 CIGARS        )
20 (SMOKEABLE OTP) IN PACKS OF 50    )
   RECOVERED FROM PAY-LESS WHOLESALE,)
21                                   )
   APPROXIMATELY 151 CIGARS          )
22 (SMOKEABLE OTP) IN PACKS OF 240   )
   RECOVERED FROM PAY-LESS WHOLESALE,)
23                                   )
   APPROXIMATELY 326,942 INDIVIDUAL  )
24 CIGARS (SMOKEABLE OTP) RECOVERED  )
   FROM PAY-LESS WHOLESALE,          )
25                                   )
   APPROXIMATELY 57 CASES OF         )
26 SMOKEABLE OTP RECOVERED FROM      )
   PAY-LESS WHOLESALE,               )
27                                   )
   APPROXIMATELY 4,952 BOXES OF      )
28 SMOKEABLE OTP RECOVERED FROM      )
```

```
 1  PAY-LESS WHOLESALE,                           )
                                                  )
 2  APPROXIMATELY 11,584 CANS OF                  )
    SMOKEABLE OTP RECOVERED FROM                  )
 3  PAY-LESS WHOLESALE,                           )
                                                  )
 4  APPROXIMATELY 6,914 TUBS OF                   )
    SMOKEABLE OTP RECOVERED FROM                  )
 5  PAY-LESS WHOLESALE,                           )
                                                  )
 6  APPROXIMATELY 15,141 UNITS OF                 )
    SMOKEABLE OTP IN PACKS OF 5, 10,              )
 7  AND 20 RECOVERED FROM PAY-LESS                )
    WHOLESALE,                                    )
 8                                                )
    APPROXIMATELY 136,221 BAGS/POUCHES )
 9  OF SMOKEABLE OTP RECOVERED FROM               )
    PAY-LESS WHOLESALE,                           )
10                                                )
    APPROXIMATELY 855 CASES                       )
11  (CONTAINING APPROXIMATELY 10,608              )
    UNITS) OF AL FAKHER TOBACCO                   )
12  SMOKEABLE OTP EVIDENCE RECOVERED              )
    FROM PAY-LESS WHOLESALE,                      )
13                                                )
    APPROXIMATELY 272 CASES                       )
14  (CONTAINING APPROXIMATELY 6,676               )
    UNITS) OF AL WAHA MOLASSES TOBACCO )
15  SMOKEABLE OTP EVIDENCE RECOVERED              )
    FROM PAY-LESS WHOLESALE,                      )
16                                                )
    APPROXIMATELY 995 CASES                       )
17  (CONTAINING APPROXIMATELY 46,112              )
    UNITS) OF EVA MODSAL TOBACCO                  )
18  SMOKEABLE OTP EVIDENCE RECOVERED              )
    FROM PAY-LESS WHOLESALE,                      )
19                                                )
    APPROXIMATELY 420 CASES                       )
20  (CONTAINING APPROXIMATELY 5,040               )
    UNITS) OF JAWATTER TOBACCO                    )
21  SMOKEABLE OTP EVIDENCE RECOVERED              )
    FROM PAY-LESS WHOLESALE,                      )
22                                                )
    APPROXIMATELY 1,473 CASES                     )
23  (CONTAINING APPROXIMATELY 16,674              )
    UNITS) OF LAYALINA TOBACCO                    )
24  SMOKEABLE OTP EVIDENCE RECOVERED              )
    FROM PAY-LESS WHOLESALE,                      )
25                                                )
    APPROXIMATELY 352 UNITS OF                    )
26  MISCELLANEOUS SMOKEABLE OTP                   )
    EVIDENCE RECOVERED FROM PAY-LESS              )
27  WHOLESALE,                                    )
                                                  )
28  APPROXIMATELY 2,124 CASES                     )
```

```
 1  (CONTAINING APPROXIMATELY 14,740    )
    UNITS) OF MOLASSES TOBACCO          )
 2  SMOKEABLE OTP EVIDENCE RECOVERED    )
    FROM PAY-LESS WHOLESALE,            )
 3                                      )
    APPROXIMATELY 640 CASES             )
 4  (CONTAINING APPROXIMATELY 19,884    )
    UNITS) OF PRIME TIME CIGARS         )
 5  SMOKEABLE OTP EVIDENCE RECOVERED    )
    FROM PAY-LESS WHOLESALE,            )
 6                                      )
    APPROXIMATELY 113 CASES             )
 7  (CONTAINING APPROXIMATELY 5,112     )
    UNITS) OF ERIK CIGARS SMOKEABLE     )
 8  OTP EVIDENCE RECOVERED FROM         )
    PAY-LESS WHOLESALE,                 )
 9                                      )
    APPROXIMATELY 11 CASES              )
10  (CONTAINING APPROXIMATELY 440       )
    UNITS) OF HAV-A-TAMPA JEWLS         )
11  CIGARS SMOKEABLE OTP EVIDENCE       )
    RECOVERED FROM PAY-LESS             )
12  WHOLESALE,                          )
                                        )
13  APPROXIMATELY 5,906 POUCHES OF      )
    MOLASSES SMOKEABLE OTP EVIDENCE     )
14  RECOVERED FROM PAY-LESS             )
    WHOLESALE,                          )
15                                      )
    APPROXIMATELY 1,200 PACKS OF        )
16  PHILLIES CIGARILLOS SMOKEABLE       )
    OTP EVIDENCE RECOVERED FROM         )
17  PAY-LESS WHOLESALE,                 )
                                        )
18            Defendants.               )
                                        )
19  ─────────────────────────────────────
```

20     Plaintiff United States of America, and Claimants Adib Sirope
21  and Rimoun Mansour (hereafter collectively "Claimants"), by and
22  through their respective counsel, hereby stipulate that a stay is
23  necessary in the above-entitled action, and request that the Court
24  enter an order staying all further proceedings in this civil
25  forfeiture action until the proceedings in the related criminal
26  case, U.S. v. Adib Sirope, et al., 2:10-CR-00258-FCD, have
27  concluded.  The parties request this stay for the following
28  reasons:

1. Claimants filed a claim to the defendant property on December 30, 2008, and filed an Answer to the complaint on January 13, 2009.

2. The stay is requested pursuant to 18 U.S.C. §§ 981(g)(1) and 981(g)(2). The plaintiff contends that claimants and others conspired to defraud the California Board of Equalization out of excise taxes due on the sale of tobacco products in California. The plaintiff alleges that the U.S. mail and interstate communications systems were used to perpetrate the fraud. Claimants deny these allegations.

3. The United States intends to depose claimants regarding their claim to the defendant property, their operation of Pay-Less Wholesale Tobacco, and their business dealings with others in the tobacco industry. If discovery proceeds at this time, claimants will be placed in the difficult position of either invoking their Fifth Amendment rights against self-incrimination and losing the ability to pursue their claim to the defendant property, or waiving their Fifth Amendment right and submitting to a deposition and potentially incriminating themselves. If either person invokes his Fifth Amendment right, the plaintiff will be deprived of the ability to explore the factual basis for the claims they filed with this court.

4. In addition, claimants intend to depose the law enforcement agents involved in this investigation. Allowing depositions of the law enforcement officers at this time would adversely affect the ability of the federal government to properly prosecute the case.

1      5.  Accordingly, the parties recognize that proceeding with
2 this action at this time has potential adverse affects on the
3 prosecution of the related-criminal case and/or upon claimants'
4 ability to prove their claim to the property and assert any
5 defenses to forfeiture.  For these reasons, the parties jointly
6 request that this matter be stayed until the related criminal case
7 has concluded.  Within 30 days after the conclusion of the related
8 criminal case the parties will submit a joint status report
9 addressing the matters set forth in the November 17, 2008, Order
10 Requiring Joint Status Report.

11 Dated: 2/25/11                    BENJAMIN B. WAGNER
                                     United States Attorney
12
13                            By    /s/ Kelli L. Taylor
                                     KELLI L. TAYLOR
14                                   Assistant U.S. Attorney

15

16 Dated: 2/24/11                    GERAGOS & GERAGOS

17
                               By    /s/ Mark J. Geragos
18                                   MARK J. GERAGOS
                                     Attorneys for claimants
19                                   Adib Sirope and Rimoun Mansour
                                     (As authorized by phone)
20
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

**ORDER**

For the reasons set forth above, this matter is stayed pursuant to 18 U.S.C. §§ 981(g)(1) and 981(g)(2) until the conclusion of the related criminal case. Within 30 days after the criminal case has concluded the parties will submit a joint status report addressing the matters set forth in the November 17, 2008, Order Requiring Joint Status Report.

IT IS SO ORDERED.

Dated: 2/25/2011

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Judge