GERAGOS & GERAGOS
A PROFESSIONAL CORPORATION
LAWYERS
644 SOUTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90017-3411
TELEPHONE (213) 625-3900
FACSIMILE (213) 625-1600

MARK J. GERAGOS   SBN 108325
Attorney for Claimants, ADIB SIROPE and RIMOUN MANSOUR

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:08-CV-02753-JAM-GGH |
| Plaintiff, | |
| v. | **ORDER RE STIPULATION TO CONTINUE FILING DEADLINE FOR JOINT STATUS REPORT** |
| APPROXIMATELY $23,032.07 IN U.S. CURRENCY SEIZED FROM BANK OF AMERICA ACCOUNT NO. 03842-03399, HELD IN THE NAME OF PAY-LESS WHOLESALE, | |
| APPROXIMATELY 135,455 CIGARS, (SMOKEABLE OTP) IN PACKS OF 5, 10, AND 20 RECOVERED FROM PAY-LESS WHOLESALE, | |
| APPROXIMATELY 2,297 CIGARS (SMOKEABLE OTP) IN PACKS OF 50 RECOVERED FROM PAY-LESS WHOLESALE, | |
| APPROXIMATELY 151 CIGARS (SMOKEABLE OTP) IN PACKS OF 240 RECOVERED FROM PAY-LESS WHOLESALE, | |
| APPROXIMATELY 326,942 INDIVIDUAL CIGARS (SMOKEABLE OTP) RECOVERED FROM PAY-LESS WHOLESALE, | |

[PROPOSED] ORDER RE STIPULATION TO CONTINUE FILING DEADLINE FOR JOINT STATUS REPORT

| | |
|---|---|
| 1 | APPROXIMATELY 57 CASES OF SMOKEABLE OTP RECOVERED FROM PAY-LESS WHOLESALE, )
| 2 | )
| 3 | APPROXIMATELY 4,952 BOXES OF SMOKEABLE OTP RECOVERED FROM PAY-LESS WHOLESALE, )
| 4 | )
| 5 | APPROXIMATELY 11,584 CANS OF SMOKEABLE OTP RECOVERED FROM PAY-LESS WHOLESALE, )
| 6 | )
| 7 | APPROXIMATELY 6,914 TUBS OF SMOKEABLE OTP RECOVERED FROM PAY-LESS WHOLESALE, )
| 8 | )
| 9 | APPROXIMATELY 15,141 UNITS OF SMOKEABLE OTP IN PACKS OF 5, 10, AND 20 RECOVERED FROM PAY-LESS WHOLESALE, )
| 10 | )
| 11 | )
| 12 | APPROXIMATELY 136,221 BAGS/POUCHES OF SMOKEABLE OTP RECOVERED FROM PAY-LESS WHOLESALE, )
| 13 | )
| 14 | APPROXIMATELY 855 CASES (CONTAINING APPROXIMATELY 10,608 UNITS) OF AL FAKHER TOBACCO SMOKEABLE OTP EVIDENCE RECOVERED FROM PAY-LESS WHOLESALE, )
| 15 | )
| 16 | )
| 17 | )
| 18 | APPROXIMATELY 272 CASES (CONTAINING APPROXIMATELY 6,676 UNITS) OF AL WAHA MOLASSES TOBACCO SMOKEABLE OTP EVIDENCE RECOVERED FROM PAY-LESS WHOLESALE, )
| 19 | )
| 20 | )
| 21 | APPROXIMATELY 995 CASES (CONTAINING APPROXIMATELY 46,112 UNITS) OF EVA MODSAL TOBACCO SMOKEABLE OTP EVIDENCE RECOVERED FROM PAY-LESS WHOLESALE, )
| 22 | )
| 23 | )
| 24 | )
| 25 | APPROXIMATELY 420 CASES (CONTAINING APPROXIMATELY 5,040 UNITS) OF JAWATTER TOBACCO SMOKEABLE OTP EVIDENCE RECOVERED FROM PAY-LESS WHOLESALE, )
| 26 | )
| 27 | )
| 28 | )

[PROPOSED] ORDER RE STIPULATION TO CONTINUE FILING DEADLINE FOR JOINT STATUS REPORT

| | |
|---|---|
| 1 | APPROXIMATELY 1,473 CASES     ) |
|   | (CONTAINING APPROXIMATELY    ) |
| 2 | 16,674 UNITS) OF LAYALINA     ) |
|   | TOBACCO SMOKEABLE OTP         ) |
| 3 | EVIDENCE RECOVERED FROM       ) |
|   | PAY-LESS WHOLESALE,           ) |
| 4 |                               ) |
|   | APPROXIMATELY 352 UNITS OF    ) |
| 5 | MISCELLANEOUS SMOKEABLE       ) |
|   | OTP EVIDENCE RECOVERED FROM   ) |
| 6 | PAY-LESS WHOLESALE,           ) |
|   |                               ) |
| 7 | APPROXIMATELY 2,124 CASES     ) |
|   | (CONTAINING APPROXIMATELY    ) |
| 8 | 14,740 UNITS) OF MOLASSES     ) |
|   | TOBACCO SMOKEABLE OTP         ) |
| 9 | EVIDENCE RECOVERED FROM       ) |
|   | PAY-LESS WHOLESALE,           ) |
| 10 |                              ) |
|   | APPROXIMATELY 640 CASES       ) |
| 11 | (CONTAINING APPROXIMATELY    ) |
|   | 19,884 UNITS) OF PRIME TIME   ) |
| 12 | CIGARS SMOKEABLE OTP          ) |
|   | EVIDENCE RECOVERED FROM       ) |
| 13 | PAY-LESS WHOLESALE,           ) |
|   |                               ) |
| 14 | APPROXIMATELY 113 CASES       ) |
|   | (CONTAINING APPROXIMATELY    ) |
| 15 | 5,112 UNITS) OF ERIK CIGARS   ) |
|   | SMOKEABLE OTP EVIDENCE        ) |
| 16 | RECOVERED FROM PAY-LESS       ) |
|   | WHOLESALE,                    ) |
| 17 |                               ) |
|   | APPROXIMATELY 11 CASES        ) |
| 18 | (CONTAINING APPROXIMATELY    ) |
|   | 440 UNITS) OF HAV-A-TAMPA     ) |
| 19 | JEWLS CIGARS SMOKEABLE OTP    ) |
|   | EVIDENCE RECOVERED FROM       ) |
| 20 | PAY-LESS WHOLESALE,           ) |
|   |                               ) |
| 21 | APPROXIMATELY 5,906 POUCHES   ) |
|   | OF MOLASSES SMOKEABLE OTP     ) |
| 22 | EVIDENCE RECOVERED FROM       ) |
|   | PAY-LESS WHOLESALE,           ) |
| 23 |                               ) |
|   | APPROXIMATELY 1,200 PACKS OF  ) |
| 24 | PHILLIES CIGARILLOS           ) |
|   | SMOKEABLE OTP EVIDENCE        ) |
| 25 | RECOVERED FROM PAY-LESS       ) |
|   | WHOLESALE,                    ) |
| 26 |                               ) |
|   |                               ) |
| 27 |             Defendants.       ) |
|   |                               ) |
| 28 |                               ) |

[PROPOSED] ORDER RE STIPULATION TO
CONTINUE FILING DEADLINE FOR JOINT STATUS REPORT

1  Based on the parties' Stipulation to Continue Filing Deadline for Joint Status
2  Report, and for good cause shown,
3  IT IS HEREBY ORDERED THAT the filing deadline for the parties' joint
4  status report shall be continued for 60 days.  The new filing deadline for the parties'
5  joint status report shall be May 17, 2013.

**IT IS SO ORDERED**

Dated:   3/14/2013

/s/ John A. Mendez
Hon. John A. Mendez
United States District Court Judge