1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# GERAGOS & GERAGOS

A PROFESSIONAL CORPORATION
LAWYERS
644 SOUTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA  90017-3411
TELEPHONE  (213) 625-3900
FACSIMILE  (213) 625-1600

MARK J. GERAGOS   SBN 108325
Attorney for Claimants, ADIB SIROPE and RIMOUN MANSOUR

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>APPROXIMATELY $23,032.07 IN U.S. CURRENCY SEIZED FROM BANK OF AMERICA ACCOUNT NO. 03842-03399, HELD IN THE NAME OF PAY-LESS WHOLESALE,<br><br>APPROXIMATELY 135,455 CIGARS, (SMOKEABLE OTP) IN PACKS OF 5, 10, AND 20 RECOVERED FROM PAY-LESS WHOLESALE,<br><br>APPROXIMATELY 2,297 CIGARS (SMOKEABLE OTP) IN PACKS OF 50 RECOVERED FROM PAY-LESS WHOLESALE,<br><br>APPROXIMATELY 151 CIGARS (SMOKEABLE OTP) IN PACKS OF 240 RECOVERED FROM PAY-LESS WHOLESALE,<br><br>APPROXIMATELY 326,942 INDIVIDUAL CIGARS (SMOKEABLE OTP) RECOVERED FROM PAY-LESS WHOLESALE, | Case No.: 2:08-CV-02753-JAM-GGH<br><br>**ORDER RE STIPULATION TO CONTINUE FILING DEADLINE FOR JOINT STATUS REPORT** |

1    APPROXIMATELY 57 CASES OF           )
     SMOKEABLE OTP RECOVERED             )
2    FROM PAY-LESS WHOLESALE,            )
                                         )
3    APPROXIMATELY 4,952 BOXES OF        )
     SMOKEABLE OTP RECOVERED             )
4    FROM PAY-LESS WHOLESALE,            )
                                         )
5    APPROXIMATELY 11,584 CANS OF        )
     SMOKEABLE OTP RECOVERED             )
6    FROM PAY-LESS WHOLESALE,            )
                                         )
7    APPROXIMATELY 6,914 TUBS OF         )
     SMOKEABLE OTP RECOVERED             )
8    FROM PAY-LESS WHOLESALE,            )
                                         )
9    APPROXIMATELY 15,141 UNITS OF       )
     SMOKEABLE OTP IN PACKS OF 5,        )
10   10, AND 20 RECOVERED FROM           )
     PAY-LESS WHOLESALE,                 )
11                                       )
     APPROXIMATELY 136,221               )
12   BAGS/POUCHES OF SMOKEABLE           )
     OTP RECOVERED FROM PAY-LESS         )
13   WHOLESALE,                          )
                                         )
14   APPROXIMATELY 855 CASES             )
     (CONTAINING APPROXIMATELY           )
15   10,608 UNITS) OF AL FAKHER          )
     TOBACCO SMOKEABLE OTP               )
16   EVIDENCE RECOVERED FROM             )
     PAY-LESS WHOLESALE,                 )
17                                       )
     APPROXIMATELY 272 CASES             )
18   (CONTAINING APPROXIMATELY           )
     6,676 UNITS) OF AL WAHA             )
19   MOLASSES TOBACCO SMOKEABLE          )
     OTP EVIDENCE RECOVERED FROM         )
20   PAY-LESS WHOLESALE,                 )
                                         )
21   APPROXIMATELY 995 CASES             )
     (CONTAINING APPROXIMATELY           )
22   46,112 UNITS) OF EVA MODSAL         )
     TOBACCO SMOKEABLE OTP               )
23   EVIDENCE RECOVERED FROM             )
     PAY-LESS WHOLESALE,                 )
24                                       )
     APPROXIMATELY 420 CASES             )
25   (CONTAINING APPROXIMATELY           )
     5,040 UNITS) OF JAWATTER            )
26   TOBACCO SMOKEABLE OTP               )
     EVIDENCE RECOVERED FROM             )
27   PAY-LESS WHOLESALE,                 )
                                         )
28                                       )

[PROPOSED] ORDER RE STIPULATION TO
CONTINUE FILING DEADLINE FOR JOINT STATUS REPORT

1  APPROXIMATELY 1,473 CASES                    )
   (CONTAINING APPROXIMATELY                     )
2  16,674 UNITS) OF LAYALINA                     )
   TOBACCO SMOKEABLE OTP                         )
3  EVIDENCE RECOVERED FROM                       )
   PAY-LESS WHOLESALE,                           )
4                                                )
   APPROXIMATELY 352 UNITS OF                    )
5  MISCELLANEOUS SMOKEABLE                       )
   OTP EVIDENCE RECOVERED FROM                   )
6  PAY-LESS WHOLESALE,                           )
                                                 )
7  APPROXIMATELY 2,124 CASES                     )
   (CONTAINING APPROXIMATELY                     )
8  14,740 UNITS) OF MOLASSES                     )
   TOBACCO SMOKEABLE OTP                         )
9  EVIDENCE RECOVERED FROM                       )
   PAY-LESS WHOLESALE,                           )
10                                               )
   APPROXIMATELY 640 CASES                       )
11 (CONTAINING APPROXIMATELY                     )
   19,884 UNITS) OF PRIME TIME                   )
12 CIGARS SMOKEABLE OTP                          )
   EVIDENCE RECOVERED FROM                       )
13 PAY-LESS WHOLESALE,                           )
                                                 )
14 APPROXIMATELY 113 CASES                       )
   (CONTAINING APPROXIMATELY                     )
15 5,112 UNITS) OF ERIK CIGARS                   )
   SMOKEABLE OTP EVIDENCE                        )
16 RECOVERED FROM PAY-LESS                       )
   WHOLESALE,                                    )
17                                               )
   APPROXIMATELY 11 CASES                        )
18 (CONTAINING APPROXIMATELY                     )
   440 UNITS) OF HAV-A-TAMPA                     )
19 JEWLS CIGARS SMOKEABLE OTP                    )
   EVIDENCE RECOVERED FROM                       )
20 PAY-LESS WHOLESALE,                           )
                                                 )
21 APPROXIMATELY 5,906 POUCHES                   )
   OF MOLASSES SMOKEABLE OTP                     )
22 EVIDENCE RECOVERED FROM                       )
   PAY-LESS WHOLESALE,                           )
23                                               )
   APPROXIMATELY 1,200 PACKS OF                  )
24 PHILLIES CIGARILLOS                           )
   SMOKEABLE OTP EVIDENCE                        )
25 RECOVERED FROM PAY-LESS                       )
   WHOLESALE,                                    )
26                                               )
                                                 )
27              Defendants.                      )
                                                 )
28                                               )

1      Based on the parties' Stipulation to Continue Filing Deadline for Joint Status

2  Report, and for good cause shown,

3      IT IS HEREBY ORDERED THAT the filing deadline for the parties' joint

4  status report shall be continued for 60 days.  The new filing deadline for the parties'

5  joint status report shall be May 17, 2013.

6

7

8  **IT IS SO ORDERED**

9

10 Dated:   3/14/2013

                                         /s/ John A. Mendez
11                                       Hon. John A. Mendez
                                         United States District Court Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER RE STIPULATION TO
CONTINUE  FILING DEADLINE FOR JOINT STATUS REPORT