1
2
3
4
5
6
7

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 2:08-CV-02753-JAM-CKD |
| Plaintiff, | ) | |
| v. | ) | |
| APPROXIMATELY $23,032.07 IN U.S. CURRENCY SEIZED FROM BANK OF AMERICA ACCOUNT NO. 03842-03399, HELD IN THE NAME OF PAY-LESS WHOLESALE, | ) ) ) ) ) | **ORDER RE STIPULATION TO CONTINUE FILING DEADLINE FOR JOINT STATUS REPORT** |
| APPROXIMATELY 135,455 CIGARS, (SMOKEABLE OTP) IN PACKS OF 5, 10, AND 20 RECOVERED FROM PAY-LESS WHOLESALE, | ) ) ) ) | |
| APPROXIMATELY 2,297 CIGARS (SMOKEABLE OTP) IN PACKS OF 50 RECOVERED FROM PAY-LESS WHOLESALE, | ) ) ) ) | |
| APPROXIMATELY 151 CIGARS (SMOKEABLE OTP) IN PACKS OF 240 RECOVERED FROM PAY-LESS WHOLESALE, | ) ) ) ) | |
| APPROXIMATELY 326,942 INDIVIDUAL CIGARS (SMOKEABLE OTP) RECOVERED FROM PAY-LESS WHOLESALE, | ) ) ) ) ) | |
| | ) ) | |

28

1   APPROXIMATELY 57 CASES OF                    )
    SMOKEABLE OTP RECOVERED                        )
2   FROM PAY-LESS WHOLESALE,                       )
                                                    )
3   APPROXIMATELY 4,952 BOXES OF                   )
    SMOKEABLE OTP RECOVERED                        )
4   FROM PAY-LESS WHOLESALE,                       )
                                                    )
5   APPROXIMATELY 11,584 CANS OF                   )
    SMOKEABLE OTP RECOVERED                        )
6   FROM PAY-LESS WHOLESALE,                       )
                                                    )
7   APPROXIMATELY 6,914 TUBS OF                    )
    SMOKEABLE OTP RECOVERED                        )
8   FROM PAY-LESS WHOLESALE,                       )
                                                    )
9   APPROXIMATELY 15,141 UNITS OF                  )
    SMOKEABLE OTP IN PACKS OF 5,                   )
10  10, AND 20 RECOVERED FROM                      )
    PAY-LESS WHOLESALE,                             )
11                                                  )
    APPROXIMATELY 136,221                          )
12  BAGS/POUCHES OF SMOKEABLE                      )
    OTP RECOVERED FROM PAY-LESS                    )
13  WHOLESALE,                                      )
                                                    )
14  APPROXIMATELY 855 CASES                        )
    (CONTAINING APPROXIMATELY                      )
15  10,608 UNITS) OF AL FAKHER                     )
    TOBACCO SMOKEABLE OTP                          )
16  EVIDENCE RECOVERED FROM                        )
    PAY-LESS WHOLESALE,                             )
17                                                  )
    APPROXIMATELY 272 CASES                        )
18  (CONTAINING APPROXIMATELY                      )
    6,676 UNITS) OF AL WAHA                        )
19  MOLASSES TOBACCO SMOKEABLE                     )
    OTP EVIDENCE RECOVERED FROM                    )
20  PAY-LESS WHOLESALE,                             )
                                                    )
21  APPROXIMATELY 995 CASES                        )
    (CONTAINING APPROXIMATELY                      )
22  46,112 UNITS) OF EVA MODSAL                    )
    TOBACCO SMOKEABLE OTP                          )
23  EVIDENCE RECOVERED FROM                        )
    PAY-LESS WHOLESALE,                             )
24                                                  )
    APPROXIMATELY 420 CASES                        )
25  (CONTAINING APPROXIMATELY                      )
    5,040 UNITS) OF JAWATTER                       )
26  TOBACCO SMOKEABLE OTP                          )
    EVIDENCE RECOVERED FROM                        )
27  PAY-LESS WHOLESALE,                             )
                                                    )
28                                                  )

[PROPOSED] ORDER RE STIPULATION TO
CONTINUE  FILING DEADLINE FOR JOINT STATUS REPORT

1  APPROXIMATELY 1,473 CASES )
   (CONTAINING APPROXIMATELY )
2  16,674 UNITS) OF LAYALINA )
   TOBACCO SMOKEABLE OTP )
3  EVIDENCE RECOVERED FROM )
   PAY-LESS WHOLESALE, )
4                                )
   APPROXIMATELY 352 UNITS OF )
5  MISCELLANEOUS SMOKEABLE )
   OTP EVIDENCE RECOVERED FROM )
6  PAY-LESS WHOLESALE, )
                                )
7  APPROXIMATELY 2,124 CASES )
   (CONTAINING APPROXIMATELY )
8  14,740 UNITS) OF MOLASSES )
   TOBACCO SMOKEABLE OTP )
9  EVIDENCE RECOVERED FROM )
   PAY-LESS WHOLESALE, )
10                               )
   APPROXIMATELY 640 CASES )
11 (CONTAINING APPROXIMATELY )
   19,884 UNITS) OF PRIME TIME )
12 CIGARS SMOKEABLE OTP )
   EVIDENCE RECOVERED FROM )
13 PAY-LESS WHOLESALE, )
                                )
14 APPROXIMATELY 113 CASES )
   (CONTAINING APPROXIMATELY )
15 5,112 UNITS) OF ERIK CIGARS )
   SMOKEABLE OTP EVIDENCE )
16 RECOVERED FROM PAY-LESS )
   WHOLESALE, )
17                               )
   APPROXIMATELY 11 CASES )
18 (CONTAINING APPROXIMATELY )
   440 UNITS) OF HAV-A-TAMPA )
19 JEWLS CIGARS SMOKEABLE OTP )
   EVIDENCE RECOVERED FROM )
20 PAY-LESS WHOLESALE, )
                                )
21 APPROXIMATELY 5,906 POUCHES )
   OF MOLASSES SMOKEABLE OTP )
22 EVIDENCE RECOVERED FROM )
   PAY-LESS WHOLESALE, )
23                               )
   APPROXIMATELY 1,200 PACKS OF )
24 PHILLIES CIGARILLOS )
   SMOKEABLE OTP EVIDENCE )
25 RECOVERED FROM PAY-LESS )
   WHOLESALE, )
26                               )
                                )
27            Defendants. )
                                )
28

[PROPOSED] ORDER RE STIPULATION TO
CONTINUE  FILING DEADLINE FOR JOINT STATUS REPORT

1    Based on the parties' Stipulation to Continue Filing Deadline for Joint Status

2  Report, and for good cause shown,

3    IT IS HEREBY ORDERED THAT the filing deadline for the parties' joint

4  status report shall be continued for 60 days.  The new filing deadline for the parties'

5  joint status report shall be July 19, 2013.

6

7  **IT IS SO ORDERED**

8

Dated: 5/17/2013

9                                            /s/ John A. Mendez
                                             Hon. John A. Mendez
10                                           United States District Court Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER RE STIPULATION TO
CONTINUE  FILING DEADLINE FOR JOINT STATUS REPORT