1
2
3
4
5
6
7
8

# IN THE UNITED STATES DISTRICT COURT

9

## FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,    )    Case No.: 2:08-CV-02753-JAM-CKD
                               )
12 |            Plaintiff,       )
        v.                     )
13 |                            )    **ORDER RE STIPULATION TO**
   APPROXIMATELY $23,032.07 IN U.S.  )    **CONTINUE FILING**
14 | CURRENCY SEIZED FROM BANK  )    **DEADLINE FOR JOINT**
   OF AMERICA ACCOUNT NO. 03842-    )    **STATUS REPORT**
15 | 03399, HELD IN THE NAME OF PAY-  )
   LESS WHOLESALE,             )
16 |                            )
   APPROXIMATELY 135,455 CIGARS,    )
17 | (SMOKEABLE OTP) IN PACKS OF 5,   )
   10, AND 20 RECOVERED FROM   )
18 | PAY-LESS WHOLESALE,        )
                               )
19 | APPROXIMATELY 2,297 CIGARS  )
   (SMOKEABLE OTP) IN PACKS OF 50  )
20 | RECOVERED FROM PAY-LESS    )
   WHOLESALE,                  )
21 |                            )
   APPROXIMATELY 151 CIGARS    )
22 | (SMOKEABLE OTP) IN PACKS OF  )
   240 RECOVERED FROM PAY-LESS  )
23 | WHOLESALE,                 )
                               )
24 | APPROXIMATELY 326,942      )
   INDIVIDUAL CIGARS (SMOKEABLE  )
25 | OTP) RECOVERED FROM PAY-LESS  )
   WHOLESALE,                  )
26 |                            )
                               )
27 |                            )

28

1  APPROXIMATELY 57 CASES OF                    )
   SMOKEABLE OTP RECOVERED                       )
2  FROM PAY-LESS WHOLESALE,                      )
                                                 )
3  APPROXIMATELY 4,952 BOXES OF                  )
   SMOKEABLE OTP RECOVERED                       )
4  FROM PAY-LESS WHOLESALE,                      )
                                                 )
5  APPROXIMATELY 11,584 CANS OF                  )
   SMOKEABLE OTP RECOVERED                       )
6  FROM PAY-LESS WHOLESALE,                      )
                                                 )
7  APPROXIMATELY 6,914 TUBS OF                   )
   SMOKEABLE OTP RECOVERED                       )
8  FROM PAY-LESS WHOLESALE,                      )
                                                 )
9  APPROXIMATELY 15,141 UNITS OF                 )
   SMOKEABLE OTP IN PACKS OF 5,                  )
10 10, AND 20 RECOVERED FROM                     )
   PAY-LESS WHOLESALE,                           )
11                                               )
   APPROXIMATELY 136,221                         )
12 BAGS/POUCHES OF SMOKEABLE                     )
   OTP RECOVERED FROM PAY-LESS                   )
13 WHOLESALE,                                    )
                                                 )
14 APPROXIMATELY 855 CASES                       )
   (CONTAINING APPROXIMATELY                     )
15 10,608 UNITS) OF AL FAKHER                    )
   TOBACCO SMOKEABLE OTP                         )
16 EVIDENCE RECOVERED FROM                       )
   PAY-LESS WHOLESALE,                           )
17                                               )
   APPROXIMATELY 272 CASES                       )
18 (CONTAINING APPROXIMATELY                     )
   6,676 UNITS) OF AL WAHA                       )
19 MOLASSES TOBACCO SMOKEABLE                    )
   OTP EVIDENCE RECOVERED FROM                   )
20 PAY-LESS WHOLESALE,                           )
                                                 )
21 APPROXIMATELY 995 CASES                       )
   (CONTAINING APPROXIMATELY                     )
22 46,112 UNITS) OF EVA MODSAL                   )
   TOBACCO SMOKEABLE OTP                         )
23 EVIDENCE RECOVERED FROM                       )
   PAY-LESS WHOLESALE,                           )
24                                               )
   APPROXIMATELY 420 CASES                       )
25 (CONTAINING APPROXIMATELY                     )
   5,040 UNITS) OF JAWATTER                      )
26 TOBACCO SMOKEABLE OTP                         )
   EVIDENCE RECOVERED FROM                       )
27 PAY-LESS WHOLESALE,                           )
                                                 )
28                                               )

[PROPOSED] ORDER RE STIPULATION TO
CONTINUE  FILING DEADLINE FOR JOINT STATUS REPORT

1   APPROXIMATELY 1,473 CASES                  )
    (CONTAINING APPROXIMATELY                  )
2   16,674 UNITS) OF LAYALINA                  )
    TOBACCO SMOKEABLE OTP                      )
3   EVIDENCE RECOVERED FROM                    )
    PAY-LESS WHOLESALE,                        )
4                                              )
    APPROXIMATELY 352 UNITS OF                 )
5   MISCELLANEOUS SMOKEABLE                    )
    OTP EVIDENCE RECOVERED FROM )
6   PAY-LESS WHOLESALE,                        )
                                               )
7   APPROXIMATELY 2,124 CASES                  )
    (CONTAINING APPROXIMATELY                  )
8   14,740 UNITS) OF MOLASSES                  )
    TOBACCO SMOKEABLE OTP                      )
9   EVIDENCE RECOVERED FROM                    )
    PAY-LESS WHOLESALE,                        )
10                                             )
    APPROXIMATELY 640 CASES                    )
11  (CONTAINING APPROXIMATELY                  )
    19,884 UNITS) OF PRIME TIME                )
12  CIGARS SMOKEABLE OTP                       )
    EVIDENCE RECOVERED FROM                    )
13  PAY-LESS WHOLESALE,                        )
                                               )
14  APPROXIMATELY 113 CASES                    )
    (CONTAINING APPROXIMATELY                  )
15  5,112 UNITS) OF ERIK CIGARS               )
    SMOKEABLE OTP EVIDENCE                     )
16  RECOVERED FROM PAY-LESS                    )
    WHOLESALE,                                 )
17                                             )
    APPROXIMATELY 11 CASES                     )
18  (CONTAINING APPROXIMATELY                  )
    440 UNITS) OF HAV-A-TAMPA                  )
19  JEWLS CIGARS SMOKEABLE OTP                 )
    EVIDENCE RECOVERED FROM                    )
20  PAY-LESS WHOLESALE,                        )
                                               )
21  APPROXIMATELY 5,906 POUCHES                )
    OF MOLASSES SMOKEABLE OTP                  )
22  EVIDENCE RECOVERED FROM                    )
    PAY-LESS WHOLESALE,                        )
23                                             )
    APPROXIMATELY 1,200 PACKS OF )
24  PHILLIES CIGARILLOS                        )
    SMOKEABLE OTP EVIDENCE                     )
25  RECOVERED FROM PAY-LESS                    )
    WHOLESALE,                                 )
26                                             )
                                               )
27            Defendants.                      )
                                               )
28                                             )

[PROPOSED] ORDER RE STIPULATION TO
CONTINUE  FILING DEADLINE FOR JOINT STATUS REPORT

1    Based on the parties' Stipulation to Continue Filing Deadline for Joint Status

2  Report, and for good cause shown,

3    IT IS HEREBY ORDERED THAT the filing deadline for the parties' joint

4  status report shall be continued for 60 days.  The new filing deadline for the parties'

5  joint status report shall be September 20, 2013.

6

7

8  **IT IS SO ORDERED**

9

10  Dated:   7/23/2013

/s/ John A. Mendez_____
11                                                           Hon. John A. Mendez
                                                             United States District Court Judge
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28