**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,                )<br>                                                              )<br>           Plaintiff,                              )<br>    v.                                                    )<br>                                                              )<br>APPROXIMATELY $23,032.07 IN        )<br>U.S. CURRENCY SEIZED FROM         )<br>BANK OF AMERICA ACCOUNT NO.  )<br>03842- 03399, HELD IN THE NAME    )<br>OF PAY-LESS WHOLESALE,               )<br>                                                              )<br>APPROXIMATELY 135,455 CIGARS, )<br>(SMOKEABLE OTP) IN PACKS OF 5, )<br>10, AND 20 RECOVERED FROM       )<br>PAY-LESS WHOLESALE,                      )<br>                                                              )<br>APPROXIMATELY 2,297 CIGARS      )<br>(SMOKEABLE OTP) IN PACKS OF 50)<br>RECOVERED FROM PAY-LESS        )<br>WHOLESALE,                                         )<br>                                                              )<br>APPROXIMATELY 151 CIGARS         )<br>(SMOKEABLE OTP) IN PACKS OF   )<br>240 RECOVERED FROM PAY-LESS )<br>WHOLESALE,                                         )<br>                                                              )<br>APPROXIMATELY 326,942               )<br>INDIVIDUAL CIGARS                        )<br>(SMOKEABLE OTP) RECOVERED   )<br>FROM PAY-LESS WHOLESALE,        )<br>                                                              )<br>                                                              )<br>                                                              ) | Case No.: 2:08-CV-02753-JAM-CKD<br><br>**ORDER RE STIPULATION TO CONTINUE FILING DEADLINE FOR JOINT STATUS REPORT** |

_____
[PROPOSED] ORDER RE STIPULATION TO
CONTINUE FILING DEADLINE FOR JOINT STATUS REPORT

| | |
|---|---|
| 1 | APPROXIMATELY 57 CASES OF SMOKEABLE OTP RECOVERED FROM PAY-LESS WHOLESALE, )
| 2 | )
| 3 | APPROXIMATELY 4,952 BOXES OF SMOKEABLE OTP RECOVERED FROM PAY-LESS WHOLESALE, )
| 4 | )
| 5 | APPROXIMATELY 11,584 CANS OF SMOKEABLE OTP RECOVERED FROM PAY-LESS WHOLESALE, )
| 6 | )
| 7 | APPROXIMATELY 6,914 TUBS OF SMOKEABLE OTP RECOVERED FROM PAY-LESS WHOLESALE, )
| 8 | )
| 9 | APPROXIMATELY 15,141 UNITS OF SMOKEABLE OTP IN PACKS OF 5, 10, AND 20 RECOVERED FROM PAY-LESS WHOLESALE, )
| 10 | )
| 11 | )
| 12 | APPROXIMATELY 136,221 BAGS/POUCHES OF SMOKEABLE OTP RECOVERED FROM PAY-LESS WHOLESALE, )
| 13 | )
| 14 | APPROXIMATELY 855 CASES (CONTAINING APPROXIMATELY 10,608 UNITS) OF AL FAKHER TOBACCO SMOKEABLE OTP EVIDENCE RECOVERED FROM PAY-LESS WHOLESALE, )
| 15 | )
| 16 | )
| 17 | )
| 18 | APPROXIMATELY 272 CASES (CONTAINING APPROXIMATELY 6,676 UNITS) OF AL WAHA MOLASSES TOBACCO SMOKEABLE OTP EVIDENCE RECOVERED FROM PAY-LESS WHOLESALE, )
| 19 | )
| 20 | )
| 21 | APPROXIMATELY 995 CASES (CONTAINING APPROXIMATELY 46,112 UNITS) OF EVA MODSAL TOBACCO SMOKEABLE OTP EVIDENCE RECOVERED FROM PAY-LESS WHOLESALE, )
| 22 | )
| 23 | )
| 24 | )
| 25 | APPROXIMATELY 420 CASES (CONTAINING APPROXIMATELY 5,040 UNITS) OF JAWATTER TOBACCO SMOKEABLE OTP EVIDENCE RECOVERED FROM PAY-LESS WHOLESALE, )
| 26 | )
| 27 | )
| 28 | )

[PROPOSED] ORDER RE STIPULATION TO CONTINUE FILING DEADLINE FOR JOINT STATUS REPORT

| | |
|---|---|
| 1 | APPROXIMATELY 1,473 CASES ) |
| 2 | (CONTAINING APPROXIMATELY ) 16,674 UNITS) OF LAYALINA ) TOBACCO SMOKEABLE OTP ) |
| 3 | EVIDENCE RECOVERED FROM ) PAY-LESS WHOLESALE, ) |
| 4 | ) |
|   | APPROXIMATELY 352 UNITS OF ) |
| 5 | MISCELLANEOUS SMOKEABLE ) OTP EVIDENCE RECOVERED FROM ) |
| 6 | PAY-LESS WHOLESALE, ) |
|   | ) |
| 7 | APPROXIMATELY 2,124 CASES ) (CONTAINING APPROXIMATELY ) |
| 8 | 14,740 UNITS) OF MOLASSES ) TOBACCO SMOKEABLE OTP ) |
| 9 | EVIDENCE RECOVERED FROM ) PAY-LESS WHOLESALE, ) |
| 10 | ) |
|   | APPROXIMATELY 640 CASES ) |
| 11 | (CONTAINING APPROXIMATELY ) 19,884 UNITS) OF PRIME TIME ) |
| 12 | CIGARS SMOKEABLE OTP ) EVIDENCE RECOVERED FROM ) |
| 13 | PAY-LESS WHOLESALE, ) |
|   | ) |
| 14 | APPROXIMATELY 113 CASES ) (CONTAINING APPROXIMATELY ) |
| 15 | 5,112 UNITS) OF ERIK CIGARS ) SMOKEABLE OTP EVIDENCE ) |
| 16 | RECOVERED FROM PAY-LESS ) WHOLESALE, ) |
| 17 | ) |
|   | APPROXIMATELY 11 CASES ) |
| 18 | (CONTAINING APPROXIMATELY ) 440 UNITS) OF HAV-A-TAMPA ) |
| 19 | JEWLS CIGARS SMOKEABLE OTP ) EVIDENCE RECOVERED FROM ) |
| 20 | PAY-LESS WHOLESALE, ) |
|   | ) |
| 21 | APPROXIMATELY 5,906 POUCHES ) OF MOLASSES SMOKEABLE OTP ) |
| 22 | EVIDENCE RECOVERED FROM ) PAY-LESS WHOLESALE, ) |
| 23 | ) |
|   | APPROXIMATELY 1,200 PACKS OF ) |
| 24 | PHILLIES CIGARILLOS ) SMOKEABLE OTP EVIDENCE ) |
| 25 | RECOVERED FROM PAY-LESS ) WHOLESALE, Defendants. ) |
| 26 | ) |
| 27 | ) |
| 28 | ) |

[PROPOSED] ORDER RE STIPULATION TO
CONTINUE FILING DEADLINE FOR JOINT STATUS REPORT

1  Based on the parties' Stipulation to Continue Filing Deadline for Joint Status
2  Report, and for good cause shown,
3  IT IS HEREBY ORDERED THAT the filing deadline for the parties' joint
4  status report shall be continued for 60 days. The new filing deadline for the parties'
5  joint status report shall be January 17, 2014.         .
6  IT IS SO ORDERED:
7  DATED:  11/25/13
8  /s/ John A. Mendez⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
   United States District Court Judge

[PROPOSED] ORDER RE STIPULATION TO
CONTINUE FILING DEADLINE FOR JOINT STATUS REPORT