# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> APPROXIMATELY $23,032.07 IN ) <br> U.S. CURRENCY SEIZED FROM ) <br> BANK OF AMERICA ACCOUNT NO. ) <br> 03842- 03399, HELD IN THE NAME ) <br> OF PAY-LESS WHOLESALE, ) <br> ) <br> APPROXIMATELY 135,455 CIGARS, ) <br> (SMOKEABLE OTP) IN PACKS OF 5, ) <br> 10, AND 20 RECOVERED FROM ) <br> PAY-LESS WHOLESALE, ) <br> ) <br> APPROXIMATELY 2,297 CIGARS ) <br> (SMOKEABLE OTP) IN PACKS OF 50 ) <br> RECOVERED FROM PAY-LESS ) <br> WHOLESALE, ) <br> ) <br> APPROXIMATELY 151 CIGARS ) <br> (SMOKEABLE OTP) IN PACKS OF ) <br> 240 RECOVERED FROM PAY-LESS ) <br> WHOLESALE, ) <br> ) <br> APPROXIMATELY 326,942 ) <br> INDIVIDUAL CIGARS ) <br> (SMOKEABLE OTP) RECOVERED ) <br> FROM PAY-LESS WHOLESALE, ) <br> ) <br> ) <br> ) | Case No.: 2:08-CV-02753-JAM-CKD <br><br> **ORDER RE STIPULATION TO CONTINUE FILING DEADLINE FOR JOINT STATUS REPORT** |

| | |
|---|---|
| 1 | APPROXIMATELY 57 CASES OF SMOKEABLE OTP RECOVERED FROM PAY-LESS WHOLESALE, )|
| 2 | |
| 3 | APPROXIMATELY 4,952 BOXES OF SMOKEABLE OTP RECOVERED FROM PAY-LESS WHOLESALE, )|
| 4 | |
| 5 | APPROXIMATELY 11,584 CANS OF SMOKEABLE OTP RECOVERED FROM PAY-LESS WHOLESALE, )|
| 6 | |
| 7 | APPROXIMATELY 6,914 TUBS OF SMOKEABLE OTP RECOVERED FROM PAY-LESS WHOLESALE, )|
| 8 | |
| 9 | APPROXIMATELY 15,141 UNITS OF SMOKEABLE OTP IN PACKS OF 5, 10, AND 20 RECOVERED FROM PAY-LESS WHOLESALE, )|
| 10 | |
| 11 | |
| 12 | APPROXIMATELY 136,221 BAGS/POUCHES OF SMOKEABLE OTP RECOVERED FROM PAY-LESS WHOLESALE, )|
| 13 | |
| 14 | APPROXIMATELY 855 CASES (CONTAINING APPROXIMATELY 10,608 UNITS) OF AL FAKHER TOBACCO SMOKEABLE OTP EVIDENCE RECOVERED FROM PAY-LESS WHOLESALE, )|
| 15 | |
| 16 | |
| 17 | |
| 18 | APPROXIMATELY 272 CASES (CONTAINING APPROXIMATELY 6,676 UNITS) OF AL WAHA MOLASSES TOBACCO SMOKEABLE OTP EVIDENCE RECOVERED FROM PAY-LESS WHOLESALE, )|
| 19 | |
| 20 | |
| 21 | APPROXIMATELY 995 CASES (CONTAINING APPROXIMATELY 46,112 UNITS) OF EVA MODSAL TOBACCO SMOKEABLE OTP EVIDENCE RECOVERED FROM PAY-LESS WHOLESALE, )|
| 22 | |
| 23 | |
| 24 | |
| 25 | APPROXIMATELY 420 CASES (CONTAINING APPROXIMATELY 5,040 UNITS) OF JAWATTER TOBACCO SMOKEABLE OTP EVIDENCE RECOVERED FROM PAY-LESS WHOLESALE, )|
| 26 | |
| 27 | |
| 28 | |

[PROPOSED] ORDER RE STIPULATION TO CONTINUE FILING DEADLINE FOR JOINT STATUS REPORT

| | |
|---|---|
| 1 | APPROXIMATELY 1,473 CASES ) |
| 2 | (CONTAINING APPROXIMATELY ) 16,674 UNITS) OF LAYALINA ) TOBACCO SMOKEABLE OTP ) |
| 3 | EVIDENCE RECOVERED FROM ) PAY-LESS WHOLESALE, ) |
| 4 |   ) |
|   | APPROXIMATELY 352 UNITS OF ) |
| 5 | MISCELLANEOUS SMOKEABLE ) OTP EVIDENCE RECOVERED FROM ) |
| 6 | PAY-LESS WHOLESALE, ) |
|   |   ) |
| 7 | APPROXIMATELY 2,124 CASES ) (CONTAINING APPROXIMATELY ) |
| 8 | 14,740 UNITS) OF MOLASSES ) TOBACCO SMOKEABLE OTP ) |
| 9 | EVIDENCE RECOVERED FROM ) PAY-LESS WHOLESALE, ) |
| 10 |   ) |
|   | APPROXIMATELY 640 CASES ) |
| 11 | (CONTAINING APPROXIMATELY ) 19,884 UNITS) OF PRIME TIME ) |
| 12 | CIGARS SMOKEABLE OTP ) EVIDENCE RECOVERED FROM ) |
| 13 | PAY-LESS WHOLESALE, ) |
|   |   ) |
| 14 | APPROXIMATELY 113 CASES ) (CONTAINING APPROXIMATELY ) |
| 15 | 5,112 UNITS) OF ERIK CIGARS ) SMOKEABLE OTP EVIDENCE ) |
| 16 | RECOVERED FROM PAY-LESS ) WHOLESALE, ) |
| 17 |   ) |
|   | APPROXIMATELY 11 CASES ) |
| 18 | (CONTAINING APPROXIMATELY ) 440 UNITS) OF HAV-A-TAMPA ) |
| 19 | JEWLS CIGARS SMOKEABLE OTP ) EVIDENCE RECOVERED FROM ) |
| 20 | PAY-LESS WHOLESALE, ) |
|   |   ) |
| 21 | APPROXIMATELY 5,906 POUCHES ) OF MOLASSES SMOKEABLE OTP ) |
| 22 | EVIDENCE RECOVERED FROM ) PAY-LESS WHOLESALE, ) |
| 23 |   ) |
|   | APPROXIMATELY 1,200 PACKS OF ) |
| 24 | PHILLIES CIGARILLOS ) SMOKEABLE OTP EVIDENCE ) |
| 25 | RECOVERED FROM PAY-LESS ) WHOLESALE, Defendants. ) |
| 26 |   ) |
| 27 |   ) |
| 28 |   ) |

[PROPOSED] ORDER RE STIPULATION TO CONTINUE FILING DEADLINE FOR JOINT STATUS REPORT

1 Based on the parties' Stipulation to Continue Filing Deadline for Joint Status
2 Report, and for good cause shown,
3 IT IS HEREBY ORDERED THAT the filing deadline for the parties' joint
4 status report shall be continued for 60 days. The new filing deadline for the parties'
5 joint status report shall be January 17, 2014.   .

IT IS SO ORDERED:

DATED: 11/25/13

/s/ John A. Mendez_____
United States District Court Judge